IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE VAN DE YACHT,

    Plaintiff,

v.

THE CITY OF WAUSAU and JAMES
TIPPLE, WILLIAM NAGLE,
MICHAEL MORRISSEY and ANN
WERTH, in their individual capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-604-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants City of Wausau, James Tipple, William Nagle, Michael Morrissey and Ann Werth and against plaintiff Christine Van De Yacht dismissing the case.

_____
Peter Oppeneer, Clerk of Court

10/15/09
Date